IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17cr149 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| (1) IGNACIO LUNA CRUZ | ) | |
| (2) GERALDO LUNA CRUZ | ) | |
| (3) RODRIGO CRUZ PEREZ | ) | |
| (4) JESUS PLASENCIA | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 5 day of December, 2017.

_____
MARTIN K. REIDINGER
UNITED STATES DISTRICT JUDGE