# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 149-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RODRIGO CRUZ PEREZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pending before the Court is Defendant's Motion to Seal [# 45] docket entry [# 44]. After reviewing the Motion to Seal, there is good cause shown for the granting of the motion.

Therefore, the Court **GRANTS** the motion [# 45]. Docket entry [# 44] is **SEALED**.

Signed: February 12, 2018

Dennis L. Howell
United States Magistrate Judge