# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 149-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RODRIGO CRUZ PEREZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court following a hearing on Defendant's Motion to Suppress. At the close of the hearing, Defendant requested an opportunity and time for additional briefing. For good cause shown, the Court will allow Defendant's request.

The Court **ORDERS** that Defendant shall have through **April 20, 2018**, to file a brief. The Government shall have through **April 27, 2018**, to file a response or a brief.

Signed: March 28, 2018

Dennis L. Howell
United States Magistrate Judge